1  M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
   KATHERINE C. HUIBONHOA (SB# 207648) kathyhuibonhoa@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendants,
6  GOLDMAN, SACHS & CO., THE GOLDMAN SACHS
   GROUP, INC., and CHRISTOPHER LALLI
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN T. MOONEY,                          | CASE NO. 3:09-CV-02653-MMC
12 |            Plaintiff,                    | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND**
13 | vs.                                      | ~~[PROPOSED]~~ **ORDER**
14 | GOLDMAN, SACHS AND CO.; THE
   | GOLDMAN SACHS GROUP, INC.;
15 | CHRIS LALLI, an individual and
   | employee of Goldman, Sachs and Co.
16 | and/or The Goldman Sachs Group, Inc.;
   | and DOES 1 through 50, inclusive,
17
   |            Defendants.

LEGAL_US_W # 63398695.1

CASE NO. 3:09-CV-02653-MMC                         STIPULATION FOR DISMISSAL OF
                                                   ACTION WITH PREJUDICE

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff John T. Mooney and defendants Goldman, Sachs & Co., The Goldman Sachs Group, and Chris Lalli, through their respective counsel of record, hereby stipulate that this action be voluntarily DISMISSED WITH PREJUDICE, each side bearing its own attorneys' fees and costs. Further, defendant Lalli waives any claim he may have for malicious prosecution based upon the filing of this action.

DATED: December 11, 2009        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
    KATHERINE C. HUIBONHOA

Attorneys for Defendants,
GOLDMAN, SACHS & CO., THE GOLDMAN
SACHS GROUP, INC., and CHRISTOPHER LALLI

DATED: December 11, 2009        CHRIS LALLI

By: _____
    CHRIS LALLI

Defendant
CHRIS LALLI

DATED: December 9, 2009         THE CARDOZA LAW OFFICES

By: _____
    JACQUELINE C. FAGERLIN

Attorneys for Plaintiff
JOHN T. MOONEY

LEGAL_US_W # 63398695.1

CASE NO. 3:09-CV-02653-MMC                STIPULATION FOR DISMISSAL OF
                                          ACTION WITH PREJUDICE

# ORDER

On stipulation of the parties, and good cause appearing therefore, this action is DISMISSED WITH PREJUDICE, each side bearing its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 11, 2009

_____
Hon. Maxine M. Chesney
United States District Judge